THE PEOPLE OF THE STATE OF NEW YORK, Respondent; *v.* MCKINLEY REALTY AND CONSTRUCTION COMPANY, Appellant.

*Crimes — conviction of violation of section* 109 *of Tenement House Law in permitting use of apartments in building for purpose of prostitution and assignation.*

People v. Mc Kinley Realty & Construction Co., 182 App. Div. 773, affirmed.

(Submitted February 3, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1918, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 109 of the Tenement House Law in permitting the use of various apartments of the building for the purpose of prostitution and assignation.

*Jacob R. Schiff* for appellant.

*John P. O'Brien, Corporation Counsel (John F. O'Brien, Charles J. Nehrbas* and *F. E. V. Dunn* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HATTIE DIXON, Appellant.

*Appeal — failure to file brief.*

(Submitted February 28, 1921; decided March 2, 1921.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered June 4, 1920, at a Trial Term for the county of Bronx upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground that appellant had failed to file her brief on appeal.

*Peter A. Hatting* for motion.

*John W. Smith* opposed.

Motion denied; case set down for argument on March 21, 1921.